Adrienne C. Publicover (SBN 161432)
Charan M. Higbee (SBN 148293)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

# UNITED STATES DISTRICT COURT
## Northern DISTRICT OF CALIFORNIA

Sandra Scott

Plaintiff(s)

v.

The Prudential Insurance Company of America, a New Jersey Corporation, Prudential Financial, a New Jersey Corporation, and Godigital Networks, a California Corporation; Communications Test Design, Inc., a Pennsylvania Corporation; and DOES 1 through 10, inclusive.

Defendant(s)

CASE NUMBER: C06-05750 PJH

**SUBSTITUTION OF ATTORNEY AND ORDER**

Communications Test Design, Inc.
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes  Adrienne C. Publicover of Wilson, Elser, Moskowitz, Edelman & Dicker LLP  who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   525 Market Street, 17th Floor
*Street Address*

San Francisco, CA 94105          (415) 433-0990          (415) 434-1370          161432
*City, State, Zip Code*          *Telephone Number*          *Facsimile Number*          *State Bar Number*

as attorney of record in the place and stead of  Robert W. Bell, Jr., Esq. and Erin D. Booth, Esq. of Heller Ehrman LLP
*Present Attorney*

Dated: November 27, 2006

/s/ James E. M____ CFO
*Signature of Party*
Communications Test Design, Inc.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: November 21, 2006

/s/ Robert W Bell
*Signature of Present Attorney*
Heller Ehrman LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: November ___, 2006

_____
*Signature of New Attorney*
Wilson, Elser, Moskowitz, Edelman & Dicker LLP

Substitution of Attorney is hereby  [X] Approved.   [ ] Denied.

Dated: 12/5/06

IT IS SO ORDERED
/s/ Phyllis J. Hamilton
United States District Magistrate Judge
Honorable Phyllis J. Hamilton

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed ___ number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                              G01

Adrienne C. Publicover (SBN 161432)
Charan M. Higbee (SBN 148293)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

## UNITED STATES DISTRICT COURT
### Northern DISTRICT OF CALIFORNIA

Sandra Scott

**Plaintiff(s)**

v.

The Prudential Insurance Company of America, a New Jersey Corporation, Prudential Financial, a New Jersey Corporation, and Godigital Networks, a California Corporation; Communications Test Design, Inc., a Pennsylvania Corporation; and DOES 1 through 10, inclusive.

**Defendant(s)**

CASE NUMBER: C06-05750 PJH

**SUBSTITUTION OF ATTORNEY**

Communications Test Design, Inc.
*Name of Party*

[ ] Plaintiff   [x] Defendant   [ ] Other _____

hereby substitutes Adrienne C. Publicover of Wilson, Elser, Moskowitz, Edelman & Dicker LLP  who is

[x] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   525 Market Street, 17th Floor
*Street Address*

San Francisco, CA 94105         (415) 433-0990         (415) 434-1370         161432
*City, State, Zip Code*         *Telephone Number*     *Facsimile Number*     *State Bar Number*

as attorney of record in the place and stead of Robert W. Bell, Jr., Esq. and Erin D. Booth, Esq. of Heller Ehrman LLP
*Present Attorney*

Dated: November ___, 2006

_____
*Signature of Party*
Communications Test Design, Inc.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: November 21, 2006

_____
*Signature of Present Attorney*
Heller Ehrman LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: November ___, 2006

_____
*Signature of New Attorney*
Wilson, Elser, Moskowitz, Edelman & Dicker LLP

**Substitution of Attorney is hereby**   [ ] Approved.   [ ] Denied.

Dated: _____

_____
**United States District Judge / Magistrate Judge**
Honorable Phyllis J. Hamilton

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

### SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                              G01

Adrienne C. Publicover (SBN 161432)
Charan M. Higbee (SBN 148293)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

## UNITED STATES DISTRICT COURT
### Northern DISTRICT OF CALIFORNIA

Sandra Scott

CASE NUMBER: C06-05750 PJH

v.                                   Plaintiff(s)

The Prudential Insurance Company of America, a New Jersey Corporation, Prudential Financial, a New Jersey Corporation, and Godigital Networks, a California Corporation; Communications Test Design, Inc., a Pennsylvania Corporation; and DOES 1 through 10, inclusive.

Defendant(s)

**SUBSTITUTION OF ATTORNEY**

Communications Test Design, Inc.     [ ] Plaintiff  [x] Defendant  [ ] Other
*Name of Party*

hereby substitutes  Adrienne C. Publicover of Wilson, Elser, Moskowitz, Edelman & Dicker LLP  who is

[x] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per    525 Market Street, 17th Floor
                                                                 *Street Address*

San Francisco, CA 94105        (415) 433-0990       (415) 434-1370        161432
*City, State, Zip Code*        *Telephone Number*   *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of  Robert W. Bell, Jr., Esq. and Erin D. Booth, Esq. of Heller Ehrman LLP
                                                                *Present Attorney*

Dated: November ___, 2006

*Signature of Party*
Communications Test Design, Inc.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: November 21, 2006

*Signature of Present Attorney*
Heller Ehrman LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: November 30, 2006

*Signature of New Attorney*
Wilson, Elser, Moskowitz, Edelman & Dicker LLP

Substitution of Attorney is hereby  [ ] Approved.  [ ] Denied.

Dated: _____

**United States District Judge / Magistrate Judge**
Honorable Phyllis J. Hamilton

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

G-01 (08/02)                    **SUBSTITUTION OF ATTORNEY**                    G01

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

## SUBSTITUTION OF ATTORNEY

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

✓ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Stuart H. Sandhaus, Esq.
Law Office of Stuart H. Sandhaus
Los Rios Historic District
31901 Los Rios Street
San Juan Capistrano, CA 92675
Tel:   (949) 481-0236
Fax:   (949) 481-0238

*Attorneys for Plaintiff Sandra Scott*

Robert W. Bell, Jr.
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Tel:   (858) 450-8494
Fax:   (858) 450-8499

*Attorneys for Defendant Communications Test Design, Inc.*

Michael T. Lucey, Esq.
Gordon & Rees, LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Tel:   9415) 986-5900

*Attorneys for Defendant Godigital Networks*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **December 4, 2006** at San Francisco, California.

_____
Nancy Li

---

1
CERTIFICATE OF SERVICE

USDC NDCA Case #C06-05750 PJH
249837.1