UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sandra Scott

                CASE NO. C06-05750 PJH

       Plaintiff(s),

                STIPULATION AND [P~~ROPOSED~~]
v.                 ORDER SELECTING ADR PROCESS

The Prudential Insurance Company of America; Prudential Financial; Godigital Networks; Communications Test Design, Inc. and Does 1 through 10, inclusive,
       Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [x] Private ADR *(please identify process and provider)* mediation
  The provider is currently undetermined.

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [x] other requested deadline February 15, 2007.

Dated: December____, 2006

                                     Attorney for Plaintiff
                                       Sandra Scott

Dated: December 11, 2006             */s/ Charan M. Higbee*
                                       Attorney for Defendants
                                       The Prudential Insurance Company of America,
                                       Prudential Financial and Communications Test Design, Inc.

                                                                       NDC-ADR6

Dated:  December____, 2006

                                       Attorney for Defendant
                                       GoDigital Networks

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Sandra Scott

                Plaintiff(s),

                v.

The Prudential Insurance Company of America; Prudential Financial; Godigital Networks; Communications Test Design, Inc. and Does 1 through 10, inclusive,

                Defendant(s).

CASE NO. C06-05750 PJH

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☒ Private ADR *(please identify process and provider)* mediation
The provider is currently undetermined.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline February 15, 2007.

Dated: December 11, 2006

                                      _____
                                      Attorney for Plaintiff
                                      Sandra Scott

Dated: December ____, 2006

                                      _____
                                      Attorney for Defendants
                                      The Prudential Insurance Company of America, Prudential Financial and Communications Test Design, Inc.

Dated: December ____, 2006

                                      _____
                                      Attorney for Defendant
                                      GoDigital Networks

NDC-ADR6

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sandra Scott

                Plaintiff(s),

                v.

The Prudential Insurance Company of America; Prudential Financial; Godigital Networks; Communications Test Design, Inc. and Does 1 through 10, inclusive,
                Defendant(s).

CASE NO. C06-05750 PJH

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [x] Private ADR *(please identify process and provider)* mediation
  The provider is currently undetermined.

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [x] other requested deadline February 15, 2007.

Dated: December____, 2006

                                  Attorney for Plaintiff
                                  Sandra Scott

Dated: December____, 2006

                                  Attorney for Defendants
                                  The Prudential Insurance Company of America,
                                  Prudential Financial and Communications Test Design, Inc.

Dated: December \_\_, 2006

                                  Attorney for Defendant
                                  GoDigital Networks

NDC-ADR6

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [X] Private ADR

Deadline for ADR session
- [ ] 90 days from the date of this order.
- [X] other  February 15, 2007

IT IS SO ORDERED.

Dated: 12/13/06

_____
Honorable
UNITED   JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

✓ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Stuart H. Sandhaus, Esq.
Law Office of Stuart H. Sandhaus
Los Rios Historic District
31901 Los Rios Street
San Juan Capistrano, CA  92675
Tel:   (949) 481-0236
Fax:   (949) 481-0238

*Attorneys for Plaintiff Sandra Scott*

Michael T. Lucey, Esq.
Gordon & Rees, LLP
275 Battery Street, 20th Floor
San Francisco, CA  94111
Tel:   (415) 986-5900
Fax:   (415) 986-8054

*Attorneys for Defendant Godigital Networks*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **December 11, 2006** at San Francisco, California.

_____
Nancy Li