CHAMBERS COPY

STUART H. SANDHAUS, APC
Stuart H. Sandhaus, Esq.
St. Bar No. 146525
Los Rios Historic District
31901 Los Rios Street
San Juan Capistrano, CA 92675
Tel. (949) 481-0236; Fax. (949) 481-0238
e-mail: lawsandhaus1@cox.net

Attorney for Plaintiff Sandra Scott

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA SCOTT, | CASE NO. C 06-05750 PJH |
| Plaintiff, | Joint Stipulation to Continue Plaintiff's Motion for Discovery Until after Mediation; and Order Thereon |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; PRUDENTIAL FINANCIAL, a New Jersey Corporation, and GODIGITAL NETWORKS, a California Corporation; COMMUNICATIONS TEST DESIGN, INC., a Pennsylvania Corporation; and DOES 1 through 10, inclusive, | Honorable Phyllis J. Hamilton |
| Defendants. | |

The Parties, by and through their attorneys, in support of their Joint Stipulation to Continue Plaintiff's Motion for Discovery state as follows:

1. The Parties have agreed to mediate the subject claim through the Judicial Arbitration and Mediation Service (JAMS) with mediator Jim ~~Marks~~. HART.

2. The Parties successfully obtained an early mediation date of February 15, 2007.

3. Plaintiff's Motion for Discovery is due on January 20, 2007.

---

1

Joint Stipulation to Continue Plaintiff's Motion for Discovery
USDC NDCA Case #C 06-05750 PJH

1      4.    The Parties respectfully contend that by stipulating to a filing date for
2  Plaintiff's Motion for Discovery subsequent to the mediation date, the Parties will be
3  able to specifically focus on those key issues that may facilitate a settlement in this
4  case. It is the Parties belief that a contentious discovery dispute may have the
5  deleterious affect of interfering with the mediator's efforts in negotiating a settlement of
6  the dispute.

7      5.    The Parties hereby stipulate to a Motion for Discovery filing date of Friday,
8  February 23, 2007.

9      WHEREFORE, the Parties respectfully request the Court issue an order granting
10 such extension.

11 IT IS SO STIPULATED:

13 Dated: 12/29/06                    By: _____
14                                        Stuart H. Sandhaus
                                       Attorney for Plaintiff Sandra Scott

16 Dated: 1/2/07                       By: _____
                                       Charan M. Higbee
17                                        Attorney for Defendants THE
                                       PRUDENTIAL INSURANCE
18                                        COMPANY OF AMERICA,
                                       PRUDENTIAL FINANCIAL and
19                                        COMMUNICATIONS TEST
                                       DESIGN, INC. and Co-Counsel
20                                        GODIGITAL NETWORKS

22                       ORDER APPROVING STIPULATION
23 IT IS SO ORDERED.
24 Dated: January 5, 2007           By: _____
25                                        Judge of the United States District Court

2

Joint Stipulation to Continue Plaintiff's Motion for Discovery
USDC NDCA Case #C 06-05750 PJH

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s).

**JOINT STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR DISCOVERY UNTIL AFTER MEDIATI9ON; AND ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XXX**: **By Electronic Mail** -- I processed the attached document to be electronically transmitted to the parties named below.

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **Facsimile** -- (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A)

Stuart H. Sandhaus, Esq.
Law Office of Stuart H. Sandhaus
Los Rios Historic District
31901 Los Rios Street
San Juan Capistrano, CA  92675
Tel:   (949) 481-0236
Fax:   (949) 481-0238

*Attorneys for Plaintiff Sandra Scott*

Robert W. Bell, Jr., Esq.
Erin Downey Booth, Esq.
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA  92122
Tel:   (858) 450-8494
Fax:   (858) 450-8499

Michael T. Lucey, Esq.
Gordon & Rees, LLP
275 Battery Street, 20th Floor
San Francisco, CA  94111
Tel:   (415) 986-5900
Fax:   (415) 986-8054

*Co-Counsel for Defendant
Godigital Networks*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. EXECUTED **January 3, 2007** at San Francisco, California.

S. Stephen Hetzler

1
CERTIFICATE OF SERVICE

USDC NDCA Case #C06-05750-PJH
258687.1

**Li, Nancy**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, January 03, 2007 2:18 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:06-cv-05750-PJH Scott v. The Prudential Insurance Company of America et al "Stipulation" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from Higbee, Charan M. entered on 1/3/2007 at 2:17 PM PST and filed on 1/3/2007

| | |
|---|---|
| **Case Name:** | Scott v. The Prudential Insurance Company of America et al |
| **Case Number:** | 3:06-cv-5750 |
| **Filer:** | The Prudential Insurance Company of America |
| **Document Number:** | 19 |

**Docket Text:**
STIPULATION *to Continue Plaintiff's Motion for Discovery until after Mediation; and Order Thereon* by The Prudential Insurance Company of America. (Higbee, Charan) (Filed on 1/3/2007)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** X:\Scanned Documents\09721.00011\Joint Stip to Continue Motion for Discovery.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/3/2007] [FileNumber=3127269-0] [

1/4/2007

3698d121d358fee363b9f27de9e453f89519f8b17ed9419076afd4e8de8c93a68664e0
2851f3b30746d0c6bb1c64393fb9bc0578cde0c2d6bd61a43047aeee89]]

**3:06-cv-5750 Notice will be electronically mailed to:**

Charan M. Higbee    higbeec@wemed.com, lin@wemed.com

Michael Terence Lucey    mlucey@gordonrees.com

Adrienne C. Publicover    Adrienne.Publicover@WilsonElser.com, Charan.Higbee@WilsonElser.com; Nancy.Li@WilsonElser.com

Stuart Henry Sandhaus    lawsandhaus1@cox.net

**3:06-cv-5750 Notice will be delivered by other means to:**

1/4/2007