1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendants
6  THE PRUDENTIAL INSURANCE COMPANY
   OF AMERICA, PRUDENTIAL FINANCIAL and
7  COMMUNICATIONS TEST DESIGN, INC.
   and Co-Counsel for Defendant
8  GODIGITAL NETWORKS

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SANDRA SCOTT, | ) Case No.: C 06-05750 PJH |
|---|---|
| Plaintiff, | ) **STIPULATION OF DISMISSAL WITH** |
| v. | ) **PREJUDICE AND** ~~PROPOSED~~ **ORDER** |
|  | ) **THEREON [FRCP Rule 41(a)]** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, PRUDENTIAL FINANCIAL, a New Jersey Corporation, and GODIGITAL NETWORKS, a California Corporation; COMMUNICATIONS TEST DESIGN, INC., a Pennsylvania Corporation; and DOES 1 through 10, Inclusive, | ) |
| Defendants. | ) Courtroom    :    3 |
|  | ) Honorable Phyllis J. Hamilton |

IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff Sandra Scott and defendants The Prudential Insurance Company of America, Prudential Financial, GoDigital Networks and Communications Test Design, Inc., acting through their attorneys of record,

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #C 06-05750 PJH
266347.1

1  that the above-entitled action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal
2  Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

3  Dated: March 8, 2007                          WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP

                                         By:    /s/ Charan M. Higbee
                                                Adrienne C. Publicover
                                                Charan M. Higbee
                                                Attorneys for Defendants
                                                THE PRUDENTIAL INSURANCE COMPANY OF
                                                AMERICA, PRUDENTIAL FINANCIAL and
                                                COMMUNICATIONS TEST DESIGN, INC. and
                                                Co-Counsel for Defendant GODIGITAL NETWORKS

Dated: March 14, 2007                            LAW OFFICE OF STUART H. SANDHAUS

                                         By:    [signature]
                                                Stuart H. Sandhaus
                                                Attorney for Plaintiff
                                                SANDRA SCOTT

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4-4-07                            By:    [signature]
                                                Honorable Phyllis J. Hamilton
                                                United States District Judge

---

2
STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON
USDC NDCA Case #C 06-05750 PJH
266347.1